1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS GERARDO DE LEON, JR., | Case No. 1:22-cv-00357-JLT-HBK |
| Plaintiff, | VOLUNTARY DISMISSAL UNDER FED. R. CIV. P. 41 (a)(1)(A)(ii) |
| v. | (Doc. No. 13) |
| FORD MOTOR COMPANY, a Delaware Corporation, | |
| Defendant. | |

Plaintiff and Defendant filed a Joint Stipulation of Voluntary Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) on December 2, 2022. (Doc. No. 13). The Parties state they are dismissing this action *with prejudice*. (*Id.*) (emphasis added). In light of the stipulated dismissal, this action is terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(ii). ACCORDINGLY, the Clerk of Court shall terminate all pending motions and deadlines and CLOSE this action to reflect the Parties' stipulated dismissal pursuant to Rule 41(a)(1)(A)(ii).

Dated: December 6, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE